UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re:

Marcy A. Kamin-Crane

       Debtor

* * * * * * * * * * * * * * * * * * * *

Wells Fargo Bank, N.A.
       Movant                            CHAPTER 7 PROCEEDING

v.

                                                  CASE NO. 15-20124

Marcy A. Kamin-Crane

and

Anthony J. Manhart,
       Chapter 7 Trustee

       Respondent

* * * * * * * * * * * * * * * * * * * *

## MOTION FOR RELIEF FROM AUTOMATIC STAY

       Wells Fargo Bank, National Association (the "Bank") hereby moves for relief from the automatic stay pursuant to 11 USC § 362 and in support thereof states as follows:

       1. This Court has jurisdiction over this matter pursuant to 28 USC §1334 (b).

       2. Pursuant to the provisions of 28 USC §157 (b)(1) and §157 (b)(2)(G), this matter is a core proceeding in which this Court is entitled to enter appropriate orders and judgments.

       3. Wells Fargo Bank, National Association is the holder of a promissory note dated January 29, 2010 in the original principal amount of $273,654.00 given by Marcy Kamin-Crane secured by a mortgage given by Marcy Kamin-Crane recorded in the Cumberland County Registry of Deeds in Book 27574, Page 76 conveying real property located at 9 Acorn Lane, Cumberland Center,

Maine 04021. Copies of the note and mortgage are attached hereto as Exhibits A and B.

    4. This Chapter 7 case was filed on March 4, 2015.

    5. The amount owed to the Bank under the terms of the Note and Mortgage as of March 10, 2015 is as follows:

| | |
|---|---:|
| Principal Balance | $342,291.61 |
| Accrued Interest | 14,302.68 |
| Late Charges | 521.52 |
| Escrow Advance | 6,041.87 |
| Total | $363,157.68 |

    6. In addition to the Mortgage, Debtor realty is also subject to the following:

| Lien holder | Type of lien | Lien amount |
|---|---|---|
| CPort Credit Union | Mortgage | $33,000.00 |

    7. The Bank asserts the market value of the property to be no more than $375,000.00, as stated in Debtor's schedules.

    8. The secured claims as set forth above exceed the security value of the property taking into account the cost of liquidation.

    9. The Bank lacks adequate protection of its interest in the property.

    10. The Debtors have indicated in their schedules their intent to surrender the property.

    11. Pursuant to Local Bankruptcy Rule 4001-1(b), the Form 4001-1(b) Relief From Stay Worksheet is not required in cases such as this where the Debtors have indicated their intent to surrender the property.

WHEREFORE, the Bank prays that this honorable Court:

A. Enter an order granting relief from the automatic stay imposed by 11 USC Section 362 to proceed to foreclose and obtain possession of the property under state law; and

B. For such other and further relief as this Court deems to be just and proper.

| | |
|---|---|
| Dated: April 8, 2015 | By: */s/ Elizabeth M. Young, Esq.*<br>Elizabeth M. Young, Esq.<br>Attorney for Wells Fargo Bank, N.A. |

Shapiro & Morley, LLC
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223
morleybankrupt@logs.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re:

Marcy A. Kamin-Crane
        Debtor
* * * * * * * * * * * * * * * * * * * *

Wells Fargo Bank, N.A.
        Movant

v.

Marcy A. Kamin-Crane

        Respondent
* * * * * * * * * * * * * * * * * * * *

CHAPTER 7 PROCEEDING

CASE NO. 15-20124

NOTICE OF PRELIMINARY HEARING

     Please take notice that a preliminary hearing upon the attached Motion for Relief from Stay will be held on May 12, 2015 at 9:00 am, at the United States Bankruptcy Court, 537 Congress Street, Portland, Maine 04101. You must file an answer to the Motion admitting or denying each allegation contained therein, with the Clerk of the U. S. Bankruptcy Court, 537 Congress Street, Portland, Maine 04101 with a copy to counsel for the Movant and other parties in interest on or before the response date of April 22, 2015. If you fail to respond in accordance with this notice, the relief requested may be granted by default without further notice and hearing.

Dated: April 8, 2015

/s/ *Elizabeth M. Young, Esq.*
Elizabeth M. Young, Esq.
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

BK No:  15-20124
Chapter:  7

In re:  Marcy A. Kamin-Crane

    Debtor

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay, Proposed Order, and Notice of Preliminary Hearing have been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

Richard R. Regan, Esq.
Anthony J. Manhart, Trustee
US Trustee

Notice will be sent via first class mail to:

Marcy A. Kamin-Crane
9 Acorn Lane
Cumberland Center, ME 04021


Executed on: April 8, 2015     /s/ Elizabeth M. Young, Esq.
                                                              Elizabeth M. Young, Esq.