# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100−2 | User: admin | Date Created: 06/02/2015 |
| Case: 15−20124 | Form ID: B18 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| tr | Anthony J. Manhart | trusteemanhart@preti.com |
| aty | Leonard F. Morley, Jr., Esq. | morleybankrupt@logs.com |
| aty | Richard R. Regan, Esq. | rregan@mb−law.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Marcy A Kamin−Crane | 9 Acorn Lane   Cumberland Center, ME 04021 |
| smg | State of Maine | Bureau of Revenue Services   Compliance Division Bankruptcy Unit   P.O. Box 1060   Augusta, ME 04332 |
| 1994105 | Atlantic Regional Fed | 55 Cushing St   Brunswick, ME 04011 |
| 1994106 | Bk Of Amer | Po Box 982235   El Paso, TX 79998 |
| 1994107 | Chase Card | P.o. Box 15298   Wilmington, DE 19850 |
| 1994108 | Cport Credit Union | 50 Riverside Ind P   Portland, ME 04103 |
| 1994109 | Dermpath New England LLC | Lockbox 1842   P.O. Box 8500   Philadelphia, PA 19178−1842 |
| 1994110 | Electricity Maine LLC | c/o Law Office of Carl R. Trynor   PO Box 4290   Portland, ME 04101 |
| 1994111 | FACTS Tuition Management | PO Box 82527   Suite 301   Lincoln, NE 68501−2527 |
| 1994112 | FIA Card Services | P.O. Box 15026   Wilmington, DE 19850−5026 |
| 1994113 | First Premier Bank | 3820 N Louise Ave   Sioux Falls, SD 57107 |
| 1994114 | Law Offices Howard Lee Schiff, P.C. | 1321 Washington Avenue   Portland, ME 04103 |
| 1994115 | Maine Orthotic &Prosthetic Rehab Serv | 300 Park Ave.   Portland, ME 04102 |
| 1994116 | Mercy Hospital | P.O. Box 10780   Portland, ME 04104 |
| 1994117 | Portfolio Recovery | 120 Corporate Blvd Ste 1   Norfolk, VA 23502 |
| 1994118 | Portfolio Recovery | Attn: Bankruptcy   Po Box 41067   Norfolk, VA 23541 |
| 1994119 | Revenue Group | 3700 Park East Dr.   Suite 240   Beachwood, OH 44122 |
| 1994120 | Spurwink Services | 899 Riverside Street   Portland, ME 04103 |
| 1994121 | The Thomas Agency Inc | 207 Larrabee Rd S−6   Westbrook, ME 04092 |
| 1994122 | The Thomas Agency Inc | P.O. Box 6759   Portland, ME 04103 |
| 1994123 | Verizon Wireless Bankruptcy Admin | 500 Technology Drive   Suite 550   Weldon Spring, MO 63304 |
| 1994124 | Wells Fargo Home Mortgage | P.O. Box 10335   Des Moines, IA 50306 |

TOTAL: 22