B18 (Official Form 18) (12/07)

# UNITED STATES BANKRUPTCY COURT
## District of Maine

Case No. **15–20124**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcy A Kamin–Crane
   9 Acorn Lane
   Cumberland Center, ME 04021

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9105

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 6/2/15                                        Peter G Cary
                                                     United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases files on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Maine

In re:  
Marcy A Kamin-Crane  
    Debtor

Case No. 15-20124-pgc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0100-2     User: admin     Page 1 of 1     Date Rcvd: Jun 02, 2015  
                    Form ID: B18     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2015.
```
db            +Marcy A Kamin-Crane,    9 Acorn Lane,    Cumberland Center, ME 04021-3348
smg           +State of Maine,    Bureau of Revenue Services,    Compliance Division Bankruptcy Unit,
                P.O. Box 1060,    Augusta, ME 04332-1060
1994109        Dermpath New England LLC,    Lockbox 1842,    P.O. Box 8500,    Philadelphia, PA 19178-1842
1994110       +Electricity Maine LLC,    c/o Law Office of Carl R. Trynor,    PO Box 4290,
                Portland, ME 04101-0490
1994111        FACTS Tuition Management,    PO Box 82527,    Suite 301,    Lincoln, NE 68501-2527
1994114       +Law Offices Howard Lee Schiff, P.C.,    1321 Washington Avenue,    Portland, ME 04103-3654
1994115       +Maine Orthotic & Prosthetic Rehab Serv,    300 Park Ave.,    Portland, ME 04102-2914
1994116       +Mercy Hospital,    P.O. Box 10780,    Portland, ME 04104-6180
1994120       +Spurwink Services,    899 Riverside Street,    Portland, ME 04103-1070
1994122      ++THE THOMAS AGENCY INC,    207 LARRABEE ROAD UNIT 6,    WESTBROOK ME 04092-4813
               (address filed with court:   The Thomas Agency Inc,     P.O. Box 6759,    Portland, ME 04103)
1994121       +The Thomas Agency Inc,    207 Larrabee Rd S-6,    Westbrook, ME 04092-4813
1994123       +Verizon Wireless Bankruptcy Admin,    500 Technology Drive,    Suite 550,
                Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
1994105       +E-mail/Text: collections@atlanticregional.com Jun 02 2015 20:28:28      Atlantic Regional Fed,
                55 Cushing St,    Brunswick, ME 04011-1814
1994106        EDI: BANKAMER.COM Jun 02 2015 20:28:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
1994107       +EDI: CHASE.COM Jun 02 2015 20:28:00      Chase Card,    P.o. Box 15298,
                Wilmington, DE 19850-5298
1994108       +E-mail/Text: _loanops@cportcu.org Jun 02 2015 20:28:01      Cport Credit Union,
                50 Riverside Ind P,    Portland, ME 04103-1426
1994112        EDI: BANKAMER.COM Jun 02 2015 20:28:00      FIA Card Services,    P.O. Box 15026,
                Wilmington, DE 19850-5026
1994113       +EDI: AMINFOFP.COM Jun 02 2015 20:28:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
1994117        EDI: PRA.COM Jun 02 2015 20:28:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502
1994118        EDI: PRA.COM Jun 02 2015 20:28:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541
1994119       +E-mail/Text: bk@revenuegroup.com Jun 02 2015 20:28:27      Revenue Group,    3700 Park East Dr.,
                Suite 240,    Beachwood, OH 44122-4339
1994124       +EDI: WFFC.COM Jun 02 2015 20:28:00      Wells Fargo Home Mortgage,    P.O. Box 10335,
                Des Moines, IA 50306-0335
                                                                                               TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2015 at the address(es) listed below:
```
              Anthony J. Manhart    trusteemanhart@preti.com, ME13@ecfcbis.com;dshigo@preti.com
              Leonard F. Morley, Jr., Esq.    on behalf of Creditor   Wells Fargo Bank, N.A.
               morleybankrupt@logs.com
              Office of U.S. Trustee    ustpregion01.po.ecf@usdoj.gov
              Richard R. Regan, Esq.    on behalf of Debtor Marcy A Kamin-Crane rregan@mb-law.com,
               sue@mb-law.com;rreganmblaw@gmail.com;suemblaw@gmail.com
                                                                                               TOTAL: 4
```